entered May 25, 1923, which modified and affirmed as modified an order of Special Term reducing the amount allowed as compensation for services to a committee of the person of an incompetent.

*Myron Krieger* for appellant.

*Meier Steinbrink* and *Frank E. Johnson* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUS KATZ, Appellant, *v.* GEORGE P. RICHTER et' al., Respondents.

*Jurisdiction — Domestic Relations Court — habeas corpus — conviction of non-resident as disorderly person in having abandoned wife in New York city on first day of her arrival in said city — writ of habeas corpus dismissed.*

*People ex rel. Katz v. Richter*, 205 App. Div. 883, affirmed.

(Argued October 3, 1923; decided October 23, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1923, which affirmed an order of Special Term dismissing a writ of habeas corpus. Appellant, a resident and citizen of Pennsylvania, was charged by his wife in the Domestic Relations Court of the city of New York with being a disorderly person on account of having abandoned her in Poland in 1919, and again in the city of New York, September 18, 1922, the day on which she arrived in New York from Poland. He was adjudged a disorderly person, was required to pay $20 weekly for the support of his wife and children and, in default of a bond for $1,040, was committed to the workhouse for one year. The question was whether the Domestic Relations Court had jurisdiction.

*Max Schleimer* for appellant.

*George P. Nicholson*, Corporation Counsel (*John F. O'Brien* and *Henry J. Shields* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

In the Matter of the Application of Grant Crabtree, Appellant, for Vacation of a Subpœna Duces Tecum.

### Joseph E. Corrigan, Respondent.

*Appeal — unanimous affirmance of order denying motion to vacate subpœna — appeal without permission to Court of Appeals dismissed.*

*Matter of Crabtree*, 206 App. Div. 750, appeal dismissed.

(Submitted October 3, 1923; decided October 23, 1923.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1923, which unanimously affirmed an order of Special Term denying a motion to vacate a subpœna *duces tecum.*

*George P. Nicholson, Corporation Counsel (John F. O'Brien, William E. C. Mayer, John Lehman* and *Russell Lord Tarbox* of counsel), for appellant.

*John D. Lindsay* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

In the Matter of Proving the Will of David Price, Deceased.

### Leo Price et al., Appellants; Sadie Price, Respondent.

*Will — probate contested on ground of fraud and undue influence.*

*Matter of Price*, 204 App. Div. 252, affirmed.

(Argued October 4, 1923; decided October 23, 1923.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1923, which unanimously affirmed a decree of the New York County Surrogate's Court admitting to probate the will of David Price, deceased. Probate was contested on the ground that